IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS OSBALDO MARTINEZ,

    Petitioner,                    No. 2:08-cv-2277 JFM (HC)

    vs.

THE PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed an application to proceed in forma pauperis or paid the filing fee.

        The application attacks a conviction issued by the Long Beach Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

1

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 | matter is transferred to the United States District Court for the Central District of California.
3 | DATED: October 1, 2008.

UNITED STATES MAGISTRATE JUDGE

/ke/001
mart2277.108